**Meir J. Westrei ch [CSB 73133]**
**Attorney at Law**
221 East Walnut, Suite 200
Pasadena, California 91101
626-440-9906 / FAX: 626-440-9970
meirjw@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERS KARLSSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN LEO MANGAN III; ART POSSIBLE, LLC, a Florida Limited Liability Company; MICHAEL WILLIAM FORCE, TARYN BURNS; ART FORCE, LLC, a Florida Limited Liability Company; RAVEN ART, INC., a Colorado Corporation; JOVIAN "JOHN" RE; LESLIE JAMES; BELGO-DIAM, INC. dba BELGO FINE ART APPRAISALS & RESTORATION; and ERIC FINTZI,<br><br>　　　　　　　Defendants. | Case No. CV 14-04514-R-JPR<br><br>**PLAINTIFF'S RESPONSE TO EX PARTE APPLICATION FOR ORDER TO ENTER JUDGMENT**<br><br>[*Fed.R.Civ.P.* 55(b)(2)]<br><br>Complaint Filed:   June 11, 2014 |

　　　Under Fed.R.Civ.P. 54(b), a judgment that adjudicates some but not all the claims against all parties in the action is not "final" for purposes of appeal or otherwise, and by the terms of the rule remains subject to change, unless on noticed motion of a party for sufficient legal grounds, the court orders otherwise.

　　　In connection with the last Order to Show Cause and Plaintiff's Response thereto, and the pending Motion for Entry of Default Judgment against Defendant

Jovian "John" Re, set for hearing on January 18, 2016, there has not yet been adjudication of all of the claims herein against all of the parties. Hence, any judgment entered as requested by Defendants would not be – nor create – a final judgment and hence the stated intended enforcement actions would not be affected thereby unless and until all other claims involving all other parties are also adjudicated. Hence, the urgency cited by Defendants does not exist before January 18, 2016.

In the absence of a noticed motion for a separate final judgment under Fed.R.Civ.P. 54(b), and absent any legal basis for any order to do so much less to do so without noticed motion and notice of the basis therefor, the stated urgency does not exist and this may be handled in the process of adjudicating the remaining claims against the remaining parties over the next four weeks.

Dated: December 21, 2015          Respectfully submitted,

                                  /s/ Meir J. Westreich
                                  _____
                                  Meir J. Westreich
                                  Attorney for Plaintiff