1 | David P. Steiner (SBN 64638)
   | dpsartnetlaw@gmail.com
2 | DAVID STEINER & ASSOCIATES, PLC
   | 1801 Century Park East, Suite 1600
3 | Los Angeles, California 90067
   | Telephone: (310) 557-8422
4 | Facsimile: (310) 566-0336

5 | Attorneys for Defendants
   | JOHN LEO MANGAN III, ART POSSIBLE, LLC,
6 | and RAVEN ART, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDERS KARLSSON, an individual, | Case Number: 2:14-cv-04514-R-(JPRx) |
| Plaintiff, | *[Assigned to the Hon. Manuel L. Real]* |
| v. | **JUDGMENT IN FAVOR OF DEFENDANTS JOHN LEO MANGAN III, ART POSSIBLE, LLC AND RAVEN ART, INC.** |
| JOHN LEO MANGAN III, an individual; ART POSSIBLE, LLC, a Florida limited liability company; MICHAEL WILLIAM FORCE, an individual; TARYN BURNS, an individual; ART FORCE, LLC, a Florida limited liability company; RAVEN ART, INC., a Colorado corporation; JOVIAN "JOHN" RE, an individual; LESLIE JAMES, an individual; BELGO-DIAM, INC., a California corporation dba BELGO FINE ART APPRAISALS & RESTORATION; and ERIC FINTZI, an individual, | Motion to Dismiss Order Entered: <br><br> Date: May 19, 2015 <br><br> Motion for Attorneys' Fees Order Entered: <br><br> Date: July 21, 2015 |
| Defendants. | |

On May 19, 2015, the Court granted Defendants JOHN LEO MANGAN III, ART POSSIBLE, LLC and RAVEN ART, INC.'s ("Mangan Defendants") Motion to Dismiss the First, Second, Third, Fourth, Fifth and Sixth Claims of Plaintiff ANDERS KARLSSON's ("Plaintiff") Second Amended Complaint ("SAC") without leave to amend, dismissing those claims with prejudice. [Dkt. No. 133]. Further, on July 21, 2015, pursuant to the Mangan Defendants' Motion for Attorneys' Fees, the Court awarded the Mangan Defendants attorneys' fees in the amount of $91,670.16 to be paid by Plaintiff. [Dkt. No. 153].

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:**

That judgment is hereby entered in favor of Defendants John Leo Mangan, III, Art Possible, Inc., and Raven Art, Inc. and against Plaintiff Anders Karlsson.

Plaintiff takes nothing from the Mangan Defendants and the claims asserted by Plaintiff in the Second Amended Complaint against the Mangan Defendants are dismissed with prejudice.

Mangan Defendants shall be deemed to be the prevailing parties as a matter of law.

Attorneys' fees in the amount of $91,670.16 are awarded to the Mangan Defendants and against Plaintiff.

Dated: January 4, 2016   _____
                                            Hon. Manuel L. Real
                                            United States District Court Judge